1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL M. CROOK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 5:22-cv-00010-JVS-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that plaintiff's Motions for Summary Judgment (docket nos. 62, 73, 82, 84, 88) are denied, defendants' Motion for Summary Judgment (docket no. 91) is granted, and Judgment will be entered dismissing this action with prejudice.

Dated: November 21, 2023

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE