JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL M. CROOK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 5:22-cv-00010-JVS-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated:  November 21, 2023

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE